CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 25 2005
JOHN F. CORCORAN
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| PAUL A. LOVINGS,<br>Plaintiff, | )<br>) Civil Action No. 7:05cv0000502<br>) |
| v. | ) **FINAL ORDER**<br>) |
| GENE JOHNSON, et al.,<br>Defendants. | )<br>) By: Jackson L. Kiser<br>) Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 25th day of August, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge